FILED
AUSTIN DIVISION
2002 OC 31 PM 1:06
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HAROLD KENNETH "H.K." EDGERTON JOHN ERIC PATTERSON, PHYLLIS ELAINE PATTERSON, HENCE W. "H.W." IRBY, J.R. and LYNN DELL FOSTER, Plaintiffs, vs. CARL HALL, in his official capacity and in his personal capacity, MICHAEL HINOJOSA, in his official and in his personal capacity, and ROBERT PRESLEY, in his official and in his personal capacity, Defendants. | Civil Action No. 01-CA-818-SS |

## ORDER OF DISMISSAL WITH PREJUDICE

Be it remembered that on this date came to be considered the parties' Stipulation of Dismissal with Prejudice. After consideration of the stipulation, the Court GRANTS the stipulation and dismisses this case with prejudice to Plaintiffs' ability to re-file this case or any part thereof against any and all named Defendants in this case.

This dismissal is with prejudice to all claims and causes of action that were or could have been brought in this case against the named Defendants and is with prejudice to re-filing against all Defendants, in both their official and individual capacities, and all current and former employees, agents, and representatives of the Hays Consolidated Independent School District, included but not limited to its trustees, representatives, agents, attorneys, and employees, in both



their official and individual capacities, based on the factual allegations made in this case.

Signed this ___31st___ day of ___October___, 2002.

_____Sam Sparks_____
UNITED STATES DISTRICT JUDGE